UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHMOND TAYLOR,

    Plaintiff,

v.

KU KLUX KLAN, ET AL.,

    Defendants.
                                   /

Case No. 06-11623

Honorable Patrick J. Duggan

## ORDER OF SUMMARY DISMISSAL

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on April 7, 2006.

PRESENT:   THE HONORABLE PATRICK J. DUGGAN
                U.S. DISTRICT COURT JUDGE

Plaintiff, a prisoner at the Huron Valley Men's Complex in Ypsilanti, Michigan, filed this *pro se* complaint against Defendants Ku Klux Klan and Lawrence Kestenbaum. The Court cannot determine from the complaint the wrongful conduct Plaintiff is alleging against these defendants. Plaintiff's allegations make little sense and, aside from the case caption, there is no reference to the Ku Klux Klan or Lawrence Kestenbaum anywhere in the complaint. Plaintiff vaguely references the Michigan Department of Corrections and alleges that its personnel refused to respond to Plaintiff's court documents. Plaintiff also refers to motions he has filed in "that court" seeking assistance "to help plaintiff force defendants to sign for his civil complaints and for summons." It does not appear,

however, that the defendants to which Plaintiff is referring are the Klu Klux Klan or Lawrence Kestenbaum. It is clear from the complaint that Plaintiff is seeking money damages of $100 trillion from Defendants.

Plaintiff has been granted leave to proceed without prepayment of the filing fee for this action. Pursuant to the Prison Litigation Reform Act, this Court must dismiss a suit filed by a prisoner if the Court determines that *inter alia* the action is frivolous or malicious or fails to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2). The Court concludes that Plaintiff's complaint is frivolous and fails to state a claim on which relief may be granted because it does not allege any wrongdoing on the part of the defendants named in the lawsuit. Instead, Plaintiff appears to allege the same claims he has made in previously dismissed lawsuits against different defendants. *See, e.g. Taylor v. Roberts, et. al*, Case No. 06-10846 (filed 2/27/06); *Taylor v Yates*, Case No. 05-74420 (filed 11/21/05); *Taylor v. Michigan Department of Corrections*, Case No. 05-74262 (filed 11/7/05).

Plaintiff, appearing *pro se*, has filed numerous lawsuits in this court, including complaints against various judges, Court Administrator David J. Weaver, and the courthouse building itself. All of plaintiff's cases have either been summarily dismissed or ruled in favor of the defendants. Like this case, Plaintiff's previous complaints generally consist of rambling allegations, sometimes never alleging any wrongdoing by the individual actually sued. At least three of plaintiff's lawsuits have been dismissed as frivolous and/or because the complaint failed to state a claim upon which relief may be

granted. *See, e.g., Taylor v. Roberts, et. al*, Case No. 06-10846, Order of Summary Dismissal filed 3/20/06; *Taylor v. Yates*, Case No. 05-74696, Order of Dismissal filed 2/8/06; *Taylor v. Theodore Levin Courthouse, et. al*, Case No. 06-10073, Op. and Order of Summary Dismissal filed 2/7/06. Plaintiff was incarcerated at the time he filed these prior lawsuits.

The Prison Litigation Reform Act bars a prisoner from bringing a civil action "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Based on the statute, this Court will order Plaintiff to obtain leave of court prior to filing any additional complaint in the United States District Court for the Eastern District of Michigan.

Finally, the Court concludes that any appeal from this order would be frivolous and therefore cannot be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS ORDERED**, that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED**, that Plaintiff shall seek leave of court prior to

filing any new cases in the United States District Court for the Eastern District of Michigan.

                s/PATRICK J. DUGGAN
                UNITED STATES DISTRICT JUDGE

Copy to:

Richmond Taylor
#224931
Huron Valley Complex
3201 Bemis Road
Ypsilanti, MI 48197